PC SCAN



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

MONTEZ LEE, Y36908
    Plaintiff,

V.

TERRY WILLIAMS, et al.,
    Defendants.

CASE NO. 23-50350
HON. MARGARET J. SCHNEIDER

## PLAINTIFF REPORT TO COURT

Pursuant to this Court's own Order, plaintiff respectfully submitts his Report to this Court, and states:

1. This Court Ordered plaintiff to file a report by 4/30/2025. Plaintiff missed this date because he was unable to attend the law library for assistant with this issue. Plaintiff apologizes for being tardy.

2. Plaintiff respectfully reports to this Court that he has served a Request for Production, pursuant to Fed.R.Civ.P. 34, for a photo lime up of all male correctional staff present on the day in question that fit the description as provided by plaintiff. Plaintiff asserts that this should identify whom the correctional officer was at the time. If, provided truthful photographs.

3. Accordingly, plaintiff asserts that he should be able to identify this individual as John Doe.

Date: 5/7/2025.

/s/ Montez lee
MONTEZ LEE, Y36908
2600 N. Brinton Ave.
Dixon, IL 61021

CERTIFICATE OF SERVICE

By e filing the attached prvides notice to parties.

/s/ Montez Lee